**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| DONNA AYERS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 25-CV-11690-AK |
| FRANK BISIGNANO, *Commissioner of Social Security*, | ) ) ) ) | |
| Defendant. | ) ) | |

**ORDER ENTERING JUDGMENT UNDER SENTENCE FOUR OF 42 U.S.C. § 405(g) WITH VOLUNTARY REVERSAL AND REMAND TO THE COMMISSIONER OF <u>SOCIAL SECURITY</u>**

The Court hereby allows Defendant's Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Reversal and Remand of the Case to the Defendant. This action is hereby reversed and remanded to the Commissioner of Social Security for further administrative proceedings. Upon remand, the Appeals Council will direct the Administrative Law Judge to give further consideration to the medical source opinion pursuant to the provisions of 20 C.F.R. § 404.1520c; take further action to complete the administrative record resolving the above issue; and issue a new decision.

**SO ORDERED.**

Dated: December 11, 2025                                /s/ Angel Kelley_____
                                                                             Hon. Angel Kelley
                                                                             United States District Judge